NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN T. RANDOLPH,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2212

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-2641, Senior Judge William A. Moorman.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                        RANDOLPH V. COLLINS

(2)  Each side shall bear their own costs.


                                      FOR THE COURT



March 27, 2025                         Jarrett B. Perlow
     Date                              Clerk of Court



**ISSUED AS A MANDATE:** March 27, 2025